# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

INGRID E. DAVIS,

                Plaintiff,                      20 **CIVIL** 5351 (KPF)(OTW)

          -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 2, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           September 2, 2021

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                      **Clerk of Court**
                **BY:**      K. Mango
                                                      _____
                                                      **Deputy Clerk**